THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Janet Lynne Sherman, Appellant.
 
 
 

Appeal From Anderson County
  Deadra L. Jefferson, Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-061   
Submitted January 1, 2005  Filed January 25, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; 
 and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM: Janet Lynn Sherman appeals her convictions for murder, criminal 
 conspiracy, and possession of a firearm or knife during the commission of a 
 violent crime.  Shermans appellate counsel has petitioned to be relieved as 
 counsel, stating he has reviewed the record and has concluded Shermans appeal 
 is without merit.  The sole issue briefed by counsel concerns whether the circuit 
 court erred by admitting bone fragments into evidence that counsel argues were 
 irrelevant or unduly prejudicial.  Sherman did not file a separate pro 
 se reply brief.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss this appeal and grant counsels petition 
 to be relieved.[1]
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
 1 We decide this 
 case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.